Glenn D. SCHMALHOFER, Defendant Below, Appellant,

v.

Lisa WARD and Stpehen J. Mottola, Plaintiffs Below, Appellees.

No. 14, 2017

C.A. No.: 11685

Supreme Court of Delaware.

Submitted: October 25, 2017

Decided: October 30, 2017

Court Below: Court of Chancery State of Delaware, C.A. No.: 11685

AFFIRMED.

■

ISN SOFTWARE CORPORATION, Respondent Below, Appellant / Cross–Appellee,

v.

AD–VENTURE CAPITAL PARTNERS, L.P., Polaris Venture Partners Founders' Fund VI, L.P., and Polaris Venture Partners VI, L.P., Petitioners Below, Appellees / Cross–Appellants.

No. 43, 2017

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: October 30, 2017

Court Below: Court of Chancery State of Delaware, C.A. No.: 8388

AFFIRMED.